**Fill in this information to identify the case:**

Debtor 1: Theodore M Fairfax, III

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 1514386

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 11

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $1197.11

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 2 3

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 518.04        New escrow payment: $ 521.94

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Milton Williams
Signature

Date 12/27/2018

Print: WILLIAMS,MILTON
     First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN        55121-7700
         City                     State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

Official Form 410S1                 **Notice of Mortgage Payment Change**                    page **2**

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13 No. 1514386
Judge: Ashely M. Chan

In re:

Theodore M Fairfax, III

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 28, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid

Theodore M Fairfax, III
1712 Upland Street
Apt C
Chester PA 19013

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia PA 19107

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia PA 19107

/s/Milton Williams

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** December 10, 2018
**Loan number:**
**Property address:**
1710 UPLAND STREET
CHESTER PA 19013-6723

### Customer Service

 **Online**
wellsfargo.com

**Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

THEODORE FAIRFAX III
1710 UPLAND ST
CHESTER PA 19013-5723

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **February 1, 2019** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$58.69**

## Part 1 - Mortgage payment

### Option 1
**Pay the shortage amount over 12 months**

| | Previous payment through 01/01/2019 payment date | New payment beginning with the 02/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $675.17 | $675.17 |
| **Escrow payment** | $518.04 | $521.94 |
| **Total payment amount** | $1,193.21 | $1,197.11 |

**Option 1: No action required**

Starting **February 1, 2019** the new contractual payment amount will be **$1,197.11**

### Option 2
**Pay the shortage amount of $58.69**

| | Previous payment through 01/01/2019 payment date | New payment beginning with the 02/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $675.17 | $675.17 |
| **Escrow payment** | $518.04 | $517.05 |
| **Total payment amount** | $1,193.21 | $1,192.22 |

**Option 2: Pay shortage in full**

Starting **February 1, 2019** the new contractual payment amount will be **$1,192.22**

**See Page 2 for additional details.**



THEODORE FAIRFAX III

Wells Fargo Home Mortgage
PO Box 14538
Des Moines, IA 50306-3538

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $58.69 to the address that appears on this coupon.

This payment must be received no later than **February 1, 2019**.

936          8 10 02 00119627 00119222 00125496 00005869 6

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $6,250.19. For the coming year, we expect the amount paid from escrow to be $6,204.59.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 07/16 - 06/17 (Actual) | 01/17 - 12/17 (Actual) | 01/18 - 12/18 (Actual) | 02/19 - 01/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,284.09 | $3,331.71 | $3,380.51 | $3,380.51 | ÷ | 12 | = | $281.71 |
| **Property insurance** | $1,147.00 | $1,159.00 | $1,188.00 | $1,188.00 | ÷ | 12 | = | $99.00 |
| **Total taxes and insurance** | $4,431.09 | $4,490.71 | $4,568.51 | $4,568.51 | ÷ | 12 | = | $380.71 |
| **Escrow shortage** | $315.41 | $103.80 | $36.73 | $58.69 | ÷ | 12 | = | $4.89** |
| **Mortgage insurance** | $1,747.08 | $1,725.72 | $1,681.68 | $1,636.08 | ÷ | 12 | = | $136.34 |
| **Total escrow** | $6,493.58 | $6,320.23 | $6,286.92 | $6,263.28 | ÷ | 12 | = | $521.94 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance October, 2019 |   | $609.95 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $92.78 |  |
| Minimum balance for the escrow account† | - | $761.42 | (Calculated as: $380.71 X 2 months) |
| **Escrow shortage** | = | -$58.69 |  |

‡This adjustment of $92.78, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

## PART 3 - Escrow account projections

Escrow account projections from February, 2019 to January, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jan 2019 | | | Starting balance | $1,752.07 | $1,903.54 |
| Feb 2019 | $517.05 | $136.34 | FHA Insurance | $2,132.78 | $2,284.25 |
| Mar 2019 | $517.05 | $136.34 | FHA Insurance | $2,513.49 | $2,664.96 |
| Mar 2019 | $0.00 | $382.56 | DELAWARE COUNTY (5) | $2,130.93 | $2,282.40 |
| Apr 2019 | $517.05 | $136.34 | FHA Insurance | $2,511.64 | $2,663.11 |
| Apr 2019 | $0.00 | $997.14 | CHESTER CITY | $1,514.50 | $1,665.97 |
| May 2019 | $517.05 | $136.34 | FHA Insurance | $1,895.21 | $2,046.68 |
| Jun 2019 | $517.05 | $136.34 | FHA Insurance | $2,275.92 | $2,427.39 |
| Jul 2019 | $517.05 | $136.34 | FHA Insurance | $2,656.63 | $2,808.10 |
| Aug 2019 | $517.05 | $136.34 | FHA Insurance | $3,037.34 | $3,188.81 |
| Aug 2019 | $0.00 | $2,000.81 | CHESTER UPLAND SD(5) | $1,036.53 | $1,188.00 |
| Sep 2019 | $517.05 | $136.34 | FHA Insurance | $1,417.24 | $1,568.71 |
| Oct 2019 | $517.05 | $136.34 | FHA Insurance | $1,797.95 | $1,949.42 |
| Oct 2019 | $0.00 | $1,188.00 | AMERICAN SECURITY GROUP | **$609.95** | **$761.42** |
| Nov 2019 | $517.05 | $136.34 | FHA Insurance | $990.66 | $1,142.13 |
| Dec 2019 | $517.05 | $136.34 | FHA Insurance | $1,371.37 | $1,522.84 |
| Jan 2020 | $517.05 | $136.34 | FHA Insurance | $1,752.08 | $1,903.55 |
| Totals | $6,204.60 | $6,204.59 | | | |

## PART 4 - Escrow account history

Escrow account activity from January, 2018 to January, 2019

| | Deposits to escrow | | | Payments from escrow | | | | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Actual | Projected | Difference | Actual | Projected | Difference | Description | Actual | Projected | Difference |
| Jan 2018 | | | | | | | Starting Balance | -$2,309.60 | $1,496.87 | -$3,806.47 |
| Jan 2018 | $525.28 | $518.04 | $7.24 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,784.32 | $1,871.10 | -$3,655.42 |
| Jan 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,924.46 | $1,871.10 | -$3,795.56 |
| Feb 2018 | $0.00 | $518.04 | -$518.04 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,924.46 | $2,245.33 | -$4,169.79 |
| Feb 2018 | $0.00 | $0.00 | $0.00 | $382.56 | $382.56 | $0.00 | DELAWARE COUNTY (5) | -$2,307.02 | $1,862.77 | -$4,169.79 |
| Feb 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$2,447.16 | $1,862.77 | -$4,309.93 |
| Mar 2018 | $1,050.56 | $518.04 | $532.52 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,396.60 | $2,237.00 | -$3,633.60 |
| Mar 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,536.74 | $2,237.00 | -$3,773.74 |
| Apr 2018 | $1,050.56 | $518.04 | $532.52 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$486.18 | $2,611.23 | -$3,097.41 |
| Apr 2018 | $0.00 | $0.00 | $0.00 | $997.14 | $997.14 | $0.00 | CHESTER CITY | -$1,483.32 | $1,614.09 | -$3,097.41 |
| Apr 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,623.46 | $1,614.09 | -$3,237.55 |
| May 2018 | $525.28 | $518.04 | $7.24 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,098.18 | $1,988.32 | -$3,086.50 |
| May 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,238.32 | $1,988.32 | -$3,226.64 |
| Jun 2018 | $0.00 | $518.04 | -$518.04 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,238.32 | $2,362.55 | -$3,600.87 |
| Jun 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,378.46 | $2,362.55 | -$3,741.01 |
| Jul 2018 | $1,046.38 | $518.04 | $528.34 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$332.08 | $2,736.78 | -$3,068.86 |
| Jul 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$472.22 | $2,736.78 | -$3,209.00 |
| Aug 2018 | $1,042.20 | $518.04 | $524.16 | $0.00 | $143.81 | -$143.81 | FHA Insurance | $569.98 | $3,111.01 | -$2,541.03 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $2,000.81 | $1,952.01 | $48.80 | CHESTER UPLAND SD(5) | -$1,430.83 | $1,159.00 | -$2,589.83 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,570.97 | $1,159.00 | -$2,729.97 |
| Sep 2018 | $521.10 | $518.04 | $3.06 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,049.87 | $1,533.23 | -$2,583.10 |
| Sep 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,190.01 | $1,533.23 | -$2,723.24 |
| Oct 2018 | $521.10 | $518.04 | $3.06 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$668.91 | $1,907.46 | -$2,576.37 |
| Oct 2018 | $0.00 | $0.00 | $0.00 | $1,188.00 | $1,159.00 | $29.00 | AMERICAN SECURITY GROUP | -$1,856.91 | $748.46 | -$2,605.37 |
| Oct 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$1,997.05 | $748.46 | -$2,745.51 |
| Nov 2018 | $0.00 | $518.04 | -$518.04 | $0.00 | $143.81 | -$143.81 | FHA Insurance | -$1,997.05 | $1,122.69 | -$3,119.74 |
| Nov 2018 | $0.00 | $0.00 | $0.00 | $140.14 | $0.00 | $140.14 | FHA Insurance | -$2,137.19 | $1,122.69 | -$3,259.88 |
| Dec 2018 (estimate) | $3,647.70 | $518.04 | $3,129.66 | $140.14 | $143.81 | -$3.67 | FHA Insurance | $1,370.37 | $1,496.92 | -$126.55 |
| Jan 2019 (estimate) | $518.04 | $0.00 | $518.04 | $136.34 | $0.00 | $136.34 | FHA Insurance | $1,752.07 | $1,496.92 | $255.15 |
| Totals | $10,448.20 | $6,216.48 | $4,231.72 | $6,386.53 | $6,216.43 | $170.10 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   4/18

